SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
ROBERT MENA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MENA,<br><br>        Plaintiff,<br><br>    vs.<br><br>SAN CLEMENTE BODY SHOP, INC.;<br>SERGIO A. SANCHEZ, AS TRUSTEE<br>OF THE MABEL A. SANCHEZ<br>IRREVOCABLE TRUST; and DOES 1 to<br>10,<br><br>        Defendants. | **Case No.: 8:25-cv-01092-SRM (KESx)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |

        **PLEASE TAKE NOTICE** that ROBERT MENA ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

        (a) **Voluntary Dismissal.**

                (1)    *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

1

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE**

1                  (i)     A notice of dismissal before the opposing party serves either an

2      answer or a motion for summary judgment.

3  None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for

4  summary judgment.  Accordingly, this matter may be dismissed without an Order of the

5  Court.

6

7  DATED:  July 10, 2025               **SO. CAL. EQUAL ACCESS GROUP**

8

9

10                             By:    */s/  Jason J. Kim*

11                                    Jason J. Kim, Esq.

12                                    Attorneys for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE**